UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SANTANDER CONSUMER USA, INC.,   :
:
                          Plaintiff,   :
:           21-CV-8529 (VSB)
      -against-   :
:              **ORDER**
THE CITY OF NEW YORK,   :
:
                     Defendant.   :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The Court held a post-discovery conference on September 7, 2023 at 11:00 AM, during which the parties proposed a summary judgment motion briefing schedule. Accordingly, the parties are hereby

      ORDERED to abide by the following deadlines and page limits: Plaintiff's brief shall be filed on or before October 20, 2023, and shall not exceed 30 pages. Defendant's opposition and cross motion shall be filed on or before November 20, 2023, and shall not exceed 30 pages. Plaintiff's reply shall be filed on or before December 22, 2023, and shall not exceed 20 pages. Defendant's reply shall be filed on or before January 22, 2024, and shall not exceed 15 pages.

SO ORDERED.

Dated:  September 7, 2023
        New York, New York

                                                                          Vernon S. Broderick
                                                                         United States District Judge