UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                       :

SANTANDER CONSUMER USA, INC.,      :
                                         :

                   Plaintiff,    :
                                         :                21-CV-8529 (VSB)

          -against-     :
                                         :                **<u>ORDER</u>**

THE CITY OF NEW YORK, *et al.*,    :
                                         :

                 Defendants.  :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 22, 2025, I issued three Orders of Reference referring three related cases—

*Mercedes-Benz Financial Services v. City of New York, et al.*, Doc. 107, No 21-cv-03908

("*Mercedes-Benz*"); *VW Credit, Inc. v. City of New York, et al.*, Doc. 85, No. 22-cv-02310 ("*VW*

*Credit, Inc.*"); and *VW Credit Leasing, Ltd. v. City of New York, et al.*, Doc. 62, No. 23-cv-00856

("*VW Credit Leasing*," and collectively with *Mercedes-Benz* and *VW Credit, Inc.*, the "Boot-and-

Tow Cases")[1]—to Magistrate Judge Valerie Figueredo for settlement and a briefing schedule on

any necessary post-settlement briefing.  On September 22, 2025, Judge Figueredo held a

settlement conference for the Boot-and-Tow cases, but the parties did not reach a settlement.

On October 29, 2025, I issued an Opinion & Order on the parties' cross motions for

summary judgment in *Santander Consumer USA Inc. v. City of New York et al.*, No. 21-cv-8529

(the "Arterial Tow Case"), and ordered the parties to submit a joint letter addressing:  (1) the

appropriate amount of compensatory damages, if any; and (2) the process Plaintiff is due so that

the Arterial Tow Program is consistent with the Fourteenth Amendment.  (Doc. 83.)  On

---

[1] The same counsel represents Mercedes-Benz Financial Services USA, LLC, VW Credit, Inc. and VW Credit Leasing, Ltd., and Santander Consumer USA, Inc. in the Boot-and-Tow cases and the Arterial Tow case.  (*Mercedes-Benz*, Doc. 105.)

December 12, 2025, the parties in the arterial tow case filed a joint letter pursuant to the October 29, 2025 Opinion & Order.  (Doc. 86.)

It is hereby ORDERED that the parties shall meet-and-confer and, no later than January 5, 2026, submit a joint letter addressing whether the parties:  (1) would like the Arterial Tow Case to be referred to Judge Figueredo for settlement, along with the Boot-and-Tow Cases; (2) are interested in holding another settlement conference for the Boot-and-Tow Cases and/or a settlement conference in the Arterial Tow Case with Judge Figueredo; and (3) would prefer to submit briefing on additional remedies in a consolidated brief covering the Boot-and-Tow Cases and the Arterial Tow Case, and if so, propose a consolidated briefing schedule for such briefing.

SO ORDERED.

Dated: December 18, 2025
        New York, New York

Vernon S. Broderick
United States District Judge